**STATE of Missouri, Respondent,**

v.

**Alfred Joseph THOENEN, Appellant.**

**Alfred Joseph THOENEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 42868.

Missouri Court of Appeals,
Western District.

Oct. 1, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 24, 1991.

Application to Transfer Denied
Jan. 28, 1992.

J. Bryan Allee, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and BERREY and HANNA, JJ.

ORDER

PER CURIAM.

In this consolidated appeal, Alfred Joseph Thoenen appeals from his convictions and sentences for burglary in the first degree, § 569.160, RSMo 1986; three counts of armed criminal action, § 571.015.1, RSMo 1986; assault in the first degree, § 565.050, RSMo 1986; kidnapping, § 565.-110, RSMo 1986, and from the denial by the court of his Rule 29.15 motion for post-

conviction relief after an evidentiary hearing.

Conviction and denial of post-conviction relief affirmed. Rules 30.25(b) and 84.16(b).